1
2
3
4          **UNITED STATES DISTRICT COURT**

5              **DISTRICT OF NEVADA**

6

7   KEEHAN TENNESSEE INVESTMENTS, LLC   )
    et al.,                             )
                                        )
8                   Plaintiffs,         )
                                        )         3:14-cv-00500-RCJ-WGC
9          vs.                          )
                                        )              **ORDER**
10  GUARDIAN CAPITAL ADVISORS, INC. et al.,  )
                                        )
11                  Defendants.         )
    _____  )

12

13          Prior to the transfer of this case from the Northern District of Ohio, Defendant Praetorium

14  Secured Fund, I, L.P. ("Praetorium") filed a motion to dismiss.  Praetorium has asked the Court

15  for leave to file an amended motion.  No party has objected in the over three weeks the motion

16  has been pending.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

1

**CONCLUSION**

2       IT IS HEREBY ORDERED that the Motion for Leave to File an Amended Motion to

3   Dismiss (ECF No. 45) is GRANTED.  The motion must be filed within seven (7) days from the

4   entry of this Order into the electronic docket.

5       IT IS FURTHER ORDERED that the Motion to Dismiss (ECF No. 16) is DENIED as

6   moot.

7       IT IS SO ORDERED.

8   Dated this 19th day of November, 2014.

9

10      _____
                   ROBERT C. JONES
11                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25