ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
JASON M. WILEY, ESQ.
Nevada Bar No. 009274
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    rcaldwell@klnevada.com
           jwiley@klnevada.com

Attorneys for Defendant
GUARDIAN CAPITAL ADVISORS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEEHAN TENNESSEE INVESTMENTS, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GUARDIAN CAPITAL ADVISORS, INC., et al., <br><br> Defendants. | CASE NO. 3:14-cv-00500-RCJ-WGC <br><br> **MOTION OF DEFENDANTS GUARDIAN CAPITAL ADVISORS, INC. AND KENNETH MILLER TO WITHDRAW COUNSEL** |

Pursuant to Local Rule IA 10-6, Defendants Guardian Capital Advisors, Inc. and Kenneth Miller (collectively, "Guardian") hereby move the Court for leave to withdraw attorneys Terry M. Brennan and Daniel M. Kavouras of Baker & Hostetler LLP as counsel in the above-captioned action. Edmund W. Searby of Baker & Hostetler LLP will continue to represent Guardian for the purpose of renewing the motion to dismiss along with Robert J. Caldwell of Kolesar & Leatham as local counsel, as reflected in Mr. Searby's petition to practice pro hac vice filed on November 13, 2014. (ECF# 59.)

Upon the Court's granting of this motion, Guardian requests that the Clerk of Court please delete attorneys Terry M. Brennan and Daniel M. Kavouras from the list of persons receiving notices of electronic filings in this case.

DATED this 26th day of November, 2014.

**KOLESAR & LEATHAM**

/s/ *Jason M. Wiley*

By _____
ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
JASON M. WILEY, ESQ.
Nevada Bar No. 009274
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant
GUARDIAN CAPITAL ADVISORS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham and that on the 26th day of November, 2014, I caused to be served a true and correct copy of foregoing **MOTION OF DEFENDANTS GUARDIAN CAPITAL ADVISORS, INC. AND KENNETH MILLER TO WITHDRAW COUNSEL** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

_____
An Employee of KOLESAR & LEATHAM