David C. McElhinney, Esq., SBN 0033
Scott S. Hoffmann, Esq., SBN 8498
Kristen L. Martini, Esq., SBN 11272
LEWIS ROCA ROTHGERBER LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
775.823.2900
775.823.2323/Fax
DMcelhinney@LRRLaw.com
SHoffmann@LRRLaw.com
KMartini@LRRLaw.com

*Attorneys for Defendants Praetorium Secured Fund I, L.P., and George V. Cresson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEEHAN TENNESSEE INVESTMENTS, LLC; DAVID KEEHAN; DONALD J. KEEHAN, SR.; DURHAM RIDGE INVESTMENTS, LLC; WESTLAKE BRIAR, LLC; KEEHAN TRUST FUNDING, LLC; DONALD J. KEEHAN JR.; 951 REALTY LTD.,<br><br>Plaintiffs,<br>vs.<br><br>GUARDIAN CAPITAL ADVISORS, INC.; PRAETORIUM SECURED FUND, I, L.P.; GEORGE V. CRESSON, Individually and dba DEVELOPMENT FINANCE, LP; KENNETH A. MILLER,<br><br>Defendants. | Case No: 3:14-cv-00500-RCJ-WGC<br><br>**NOTICE OF LACK OF DIVERSITY JURISDICTION** |

Defendants PRAETORIUM SECURED FUND I, L.P., and GEORGE V. CRESSON, individually and doing business as Development Finance, L.P. ("Praetorium Defendants"), by and through their counsel, the law firm of Lewis Roca Rothgerber LLP, file the instant Notice of Lack of Diversity Jurisdiction in response to this Court's Order entered on January 21, 2015 (Doc. # 71).

On January 21, 2015, this Court ordered that Defendants conduct jurisdictional discovery and file an amended statement of removal to show that subject matter jurisdiction lies under sections 1332(a) and 1441(a). *See generally* Doc. # 71. This Court was specifically concerned about whether complete diversity existed between the parties in this case due to the several party-

5444274_1

unincorporated associations whose citizenships had not been alleged in the Complaint. *See* Doc. # 71 at 1. Pursuant to this Court's Order, *see id.* at 3, Praetorium Defendants served Plaintiffs and Co-Defendants with jurisdictional interrogatories, the responses of which have revealed that complete diversity does not exist among the Plaintiffs and Defendants in this case. Accordingly, Praetorium Defendants notify this Court that diversity jurisdiction is lacking.

Dated this 18th day of February, 2015.

LEWIS ROCA ROTHGERBER LLP

By /s/ Kristen L. Martini
    David C. McElhinney, Esq., SBN 0033
    Scott S. Hoffmann, Esq., SBN 8498
    Kristen L. Martini, Esq., SBN 11272

*Attorneys for Defendants Praetorium Secured Fund I, L.P. and George V. Cresson*

5444274_1

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that service of: **NOTICE OF LACK OF DIVERSITY JURISDICTION** was made this date by Electronic Mail and U.S. Mail, postage prepaid, in Reno, Nevada, to the following:

| | |
|---|---|
| Bret F. Meich, Esq.<br>Richard G. Campbell, Jr., Esq.<br>ARMSTRONG TEASDALE LLP<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>bmeich@armstrongteasdale.com<br>rcampbell@armstrongteasdale.com | Edmund W. Searby, Esq.<br>Mary P. Birk, Esq.<br>BAKER & HOSTETLER<br>1900 E. 9th Street, Suite 3200<br>PNC Center<br>Cleveland, OH 44114-3482<br>esearby@bakerlaw.com<br>mbirk@bakerlaw.com |
| Robert Roy Kracht, Esq.<br>Charles J. Pawlukiewicz, Esq.<br>MCCARTHY LEBIT CRYSTAL & LIFFMAN<br>101 West Prospect Avenue, Suite 1800<br>Cleveland, OH 44115<br>rrk@mccarthylebit.com<br>cjp@mccarthylebit.com | Robert J. Caldwell, Esq.<br>KOLESAR & LEATHAM, CHTD.<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, NV 89145<br>rcaldwell@klnevada.com |

DATED this 18th day of February, 2015.



An Employee of Lewis Roca Rothgerber LLP