ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
JASON M. WILEY, ESQ.
Nevada Bar No. 009274
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   rcaldwell@klnevada.com
          jwiley@klnevada.com

Edmund W. Searby, Esq.
Baker & Hostetler LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482
Telephone: 216.621.0200
Facsimile: 216.696.0740
E-Mail:   esearby@bakerlaw.com

Attorneys for Defendants,
GUARDIAN CAPITAL ADVISORS, INC.
and KENNETH MILLER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEEHAN TENNESSEE INVESTMENTS, LLC, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>GUARDIAN CAPITAL ADVISORS, INC., et al.,<br><br>    Defendants. | CASE NO. 3:14-cv-00500-RCJ-WGC<br><br>JUDGE ROBERT C. JONES<br><br>MAGISTRATE JUDGE WILLIAM G. COBB<br><br>**OPPOSITION OF DEFENDANT GUARDIAN TO PLAINTIFFS' MOTION TO REMAND TO LORAIN COUNTY, OHIO** |

Defendants Guardian Capital Advisors, Inc. and Kenneth Miller (collectively, "Guardian"), hereby oppose Plaintiffs' Motion to Remand this case to the Court of Common Pleas in Lorain County, Ohio.

Plaintiffs are barred from litigating in Ohio under the parties' "Loan Commitment Term Sheet," which provides: "The parties acknowledge and consent to the exclusive jurisdiction of any competent court in Reno, Nevada . . . [for] all matters arising out of or related [to] . . . [t]his Term Sheet and the Loan Documents." (Am. Compl. Ex. A-2, ECF# 11-2 (emphasis added).)

The Supreme Court has unanimously ruled that "a forum-selection clause"—like this one—must "be given controlling weight in all but the most exceptional cases." Atlantic Marine Constr. Co., Inc. v. United States Dist. Court for Western Dist. of Texas, -- U.S. ---, 134 S.Ct. 568, 579 (2013) (quotations omitted). "When parties agree to a forum-selection clause, they waive the right to challenge the preselected forum as inconvenient or less convenient for themselves or their witnesses, or for their pursuit of the litigation." Id. at 582. Thus, "forum-selection clauses should control except in unusual cases." Id.

Thus, while remand for lack of subject-matter jurisdiction to the Court from which the case was removed may ordinarily be appropriate, the Plaintiffs here have waived their right to litigate this dispute in Ohio state court. Accordingly, the Court should deny Plaintiffs' motion to remand to Lorain County, Ohio.

DATED this 25th day of March, 2015.

**KOLESAR & LEATHAM**

By /s/ Robert J. Caldwell
ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
JASON M. WILEY, ESQ.
Nevada Bar No. 009274
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

and

Edmund W. Searby, Esq.
Baker & Hostetler LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114-3482

Attorneys for Defendant
GUARDIAN CAPITAL ADVISORS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Kolesar & Leatham and that on the 25th day of March, 2015, I caused to be served a true and correct copy of foregoing **OPPOSITION OF DEFENDANT GUARDIAN TO PLAINTIFFS' MOTION TO REMAND TO LORAIN COUNTY, OHIO** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

*/s/ Clark Colucci*
An Employee of KOLESAR & LEATHAM