UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| KEEHAN TENNESSEE INVESTMENT, LLC et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GUARDIAN CAPITAL ADVISORS, INC. et al.,<br><br>　　　　Defendants. | 3:14-cv-00500-RCJ-WGC<br><br>**ORDER** |

　　　This case, which has been transferred to this District from the Northern District of Ohio under 28 U.S.C. § 1404(a), arises out of negotiations for a commercial loan and the lender's alleged dishonor of a promise to complete the transaction. The Court, acting *sua sponte*, ordered Defendants to make a further statement of removal to show complete diversity under § 1332(a), because the Notice of Removal identified several unincorporated entities without properly alleging their citizenships and therefore did not satisfy the Court that there was complete diversity. Defendants have filed a Notice of Lack of Diversity Jurisdiction because Plaintiffs' answers to Defendants' interrogatories have revealed a lack of complete diversity.

///

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the case is REMANDED to the Lorain County Court of Common Pleas (Ohio).

IT IS FURTHER ORDERED that the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 25th day of March, 2015.

_____
ROBERT C. JONES
United States District Judge