ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
**KOLESAR & LEATHAM**
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    rcaldwell@klnevada.com
              dkidd@klnevada.com

*Attorneys for Defendants, Guardian Capital Advisors, Inc. and Kenneth Miller*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEEHAN TENNESSEE INVESTMENTS, LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GUARDIAN CAPITAL ADVISORS, INC., et al.,<br><br>Defendants. | CASE NO. 3:14-cv-00500-RCJ-WGC<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL FOR GUARDIAN DEFENDANTS** |

PLEASE TAKE NOTICE that Kolesar and Leatham has withdrawn as counsel of record for Defendants Guardian Capital Advisors, Inc. and Kenneth Miller (collectively, "Guardian") in this matter. Guardian Capital Advisors, Inc.'s contact information is as follows:

Kenneth A. Miller
GUARDIAN CAPITAL ADVISORS, INC.
2269 Chestnut Street, Suite 115
San Francisco, California 94123-2600
(415) 371-0700

//

Defendants Guardian Capital Advisors, Inc. and Kenneth Miller request that the Clerk of Court please delete Kolesar and Leatham and its attorneys Robert J. Caldwell and Jason M. Wiley and E. Daniel Kidd from the list of persons receiving notices of electronic filings in this case.

DATED this 17th day of August, 2015.

**KOLESAR & LEATHAM**

By: _____
ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

*Attorneys for Defendants Guardian Capital Advisors, Inc. and Kenneth Miller*

IT IS SO ORDERED this 5th day of January, 2016.

_____
ROBERT C. JONES

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham and that on the 17th day of August, 2015, I caused to be served a true and correct copy of foregoing **NOTICE OF WITHDRAWAL AS COUNSEL FOR GUARDIAN DEFENDANTS** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

(UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written:

Kenneth A. Miller
Guardian Capital Advisors, Inc.
2269 Chestnut Street, Suite 115
San Francisco, California 94123-2600

*Christi Colucci*
An Employee of KOLESAR & LEATHAM

1929542.doc (9243-2)                                   Page 3 of 3